[No. 64706-7-I. Division One. November 29, 2010.]

*In the Matter of the Marriage of* LORI L. LIEPPMAN, *Appellant,* and GARY D. FLANZER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 91-3-07153-9, Steven C. Gonzalez, J., entered December 3, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Cox, J.

[No. 26941-8-III. Division Three. November 30, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. AARON SEBASTIAN GALLEGOS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 07-1-02538-9, Ruth E. Reukauf, J., entered February 8, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 28151-5-III. Division Three. November 30, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. RUDOLFO URIBE ACOSTA, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-00514-6, Annette S. Plese, J., entered May 22, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ.

[No. 28501-4-III. Division Three. November 30, 2010.]

*In the Matter of the Personal Restraint of* ZACHARIAH BAILEY, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.